IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD FOXWORTH<br><br>     Plaintiff,<br><br>v.<br><br>GREYSTONE ALLIANCE, LLC,<br><br>     Defendant. | CIVIL ACTION<br>FILE NO. 1:11-cv-4299-CC-AJB |

## NOTICE OF APPEARANCE

COMES NOW, Kyle J. Vits, of Bedard Law Group, P.C., and hereby files his Notice of Appearance on behalf of the Defendant Greystone Alliance, LLC. Request is made that the Court, Plaintiff and Counsel of Record include Kyle J. Vits in all further communication.

This 27th day of April, 2012.    Respectfully submitted,

                                                  BEDARD LAW GROUP, P.C.

                                                  /s/ Kyle J. Vits
                                                  Kyle J. Vits
                                                  Georgia Bar No. 824781

2810 Peachtree Industrial Blvd.,
Suite D
Duluth, Georgia 30097
Telephone:   678.253.1871
Facsimile:    678.253.1873
kvits@bedardlawgroup.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD FOXWORTH<br><br>Plaintiff,<br><br>v.<br><br>GREYSTONE ALLIANCE, LLC,<br><br>Defendant. | CIVIL ACTION<br>FILE NO. 1:11-cv-4299-CC-AJB |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served all parties of record with a copy of the foregoing Notice of Appearance by depositing a copy of same in the United States Mail, with first-class postage affixed thereto, properly addressed as follows:

Donald Foxworth
3841 Kensington Road
Decatur, Georgia 30032

*Plaintiff Pro Se*

This 27th day of April, 2012.   Respectfully submitted,

/s/ Kyle J. Vits
Kyle J. Vits
Georgia Bar No. 824781

2