IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD FOXWORTH<br><br>     Plaintiff,<br><br>v.<br><br>GREYSTONE ALLIANCE, LLC,<br><br>     Defendant. | CIVIL ACTION<br>FILE NO. 1:11-cv-4299-CC-AJB |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

COMES NOW Greystone Alliance, LLC, Defendant in the above-styled case, and by and through undersigned counsel, hereby submits its disclosures pursuant to FRCP 7.1 and LR 3.3, and states as follows:

**(1)** The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

      A.    Plaintiff        Donald Foxworth

      B.    Defendant     Greystone Alliance, LLC

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

   A. None.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding

   A. Pro Se Plaintiff, Donald Foxworth, 3841 Kensington Road, Decatur, Georgia 30032

   B. For Defendant, John H. Bedard Jr., Bedard Law Group, P.C., 2810 Peachtree Industrial Blvd., Suite D, Duluth, Georgia 30097. Telephone: (678) 253-1871, ext. 244; Facsimile: (678) 253-1873; E-mail: jbedard@bedardlawgroup.com

| | |
|---|---|
| This 3rd day of May, 2012. | Respectfully submitted, |
| | **BEDARD LAW GROUP, PC.** |
| | /s/ John H. Bedard Jr. |
| | John H. Bedard, Jr. |
| | Georgia Bar No. 043473 |
| | *Attorney for Defendant* |

2810 Peachtree Industrial Boulevard,
Suite D
Duluth, Georgia 30097
Telephone: 678.253.1871, ext. 244
Facsimile: 678.253.1873
jbedard@bedardlawgroup.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONALD FOXWORTH**<br><br>    **Plaintiff,**<br><br>v.<br><br>**GREYSTONE ALLIANCE, LLC,**<br><br>    **Defendant.** | **CIVIL ACTION**<br>**FILE NO. 1:11-cv-4299-CC-AJB** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served all parties of record with a copy of Defendant's Certificate of Interested Persons and Corporate Disclosure Statement by depositing a copy of same in the United States Mail, with first-class postage affixed thereto, properly addressed as follows:

Donald Foxworth
3841 Kensington Road
Decatur, Georgia 30032

This 3rd day of May, 2012.         Respectfully submitted,

**BEDARD LAW GROUP, P.C.**

/s/ John H. Bedard Jr.
John H. Bedard Jr.
Georgia Bar No. 043473