IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD FOXWORTH<br><br>    Plaintiff,<br><br>v.<br><br>GREYSTONE ALLIANCE, LLC,<br><br>    Defendant. | CIVIL ACTION<br>FILE NO. 1:11-cv-4299-CC-AJB |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served all parties of record with a copy of the foregoing **Defendant Greystone Alliance, LLC's Written Discovery to Plaintiff** by depositing a copy of same in the United States Mail, with first-class postage affixed thereto, properly addressed as follows:

Donald Foxworth
3841 Kensington Road
Unit D29
Decatur, Georgia 30032

This 8th day of June, 2012.          Respectfully submitted,

**BEDARD LAW GROUP, P.C.**

/s/ Kyle J. Vits
Kyle J. Vits
Georgia Bar No. 824781