IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD FOXWORTH, : | |
| : | |
| Plaintiff, : | CIVIL ACTION FILE NO. |
| : | 1:11-CV-4299-CC-AJB |
| v. : | |
| : | |
| GREYSTONE ALLIANCE, LLC, : | |
| : | |
| Defendant. : | |

**O R D E R**

This matter is before the Court on Plaintiff's failure to submit a preliminary planning report and discovery plan ("planning report"). The amended complaint in this case was filed on January 3, 2012. [Doc. 4]. An order entered February 6, 2012, permitted the action to proceed, [Doc. 5], and Defendant's answer was filed on April 27, 2012, [Doc. 11]. Under this Court's Local Rules, the parties must perform the following acts within thirty (30) days of the answer: (1) file a planning report, *see* N.D. Ga. R. 16.2; and (2) make initial disclosures, *see* N.D. Ga. R. 26.1A, 26.3A. Since Plaintiff is proceeding *pro se*, the parties are allowed to file individual planning reports. *See* N.D. Ga. L.R. 16.2. Defendant submitted its individual planning report on June 15, 2012. [Doc. 17]. Plaintiff has not submitted one at all. [*See* Dkt.]. Plaintiff is therefore **DIRECTED** to submit an Individual Preliminary Report and Discovery Plan

AO 72A
(Rev.8/8
2)

within **fourteen (14)** days of the date of entry of this order. Failure to comply with this order **SHALL** result in a recommendation that the action be dismissed pursuant to Local Rule 41.3(A)(2).

    **IT IS SO ORDERED**, this the 18th day of June, 2012.

                                              _____
                                              **ALAN J. BAVERMAN**
                                              **UNITED STATES MAGISTRATE JUDGE**

AO 72A
(Rev.8/82)