# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**DONALD FOXWORTH**

    **Plaintiff,**

**v.**

**GREYSTONE ALLIANCE, LLC,**

    **Defendant.**

**CIVIL ACTION**
**FILE NO. 1:11-cv-4299-CC-AJB**

## NOTICE OF ORAL DEPOSITION
## OF PLAINTIFF DONALD FOXWORTH

    **TO:  Mr. Donald Foxworth**
             *Plaintiff Pro Se*
             **3841 Kensington Road**
             **Unit D29**
             **Decatur, Georgia 30032**

Pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, Defendant, Greystone Alliance, LLC,through undersigned counsel, will take the deposition of Plaintiff  **Donald Foxworth** before a certified court reporter **on August 22, 2012 at the Law Offices of Bedard Law Group, P.C., 2810 Peachtree Industrial Blvd., Suite D, Duluth, Georgia 30097 at 10:00 am** and continuing day to day until completed or concluded in accordance with the court rules of the U.S. District Court for the Northern District of Georgia.  The deposition will be recorded by stenographic means.

This 5th day of July, 2012.

Respectfully submitted,

**BEDARD LAW GROUP, PC**

/s/ John H. Bedard, Jr.
John H. Bedard, Jr.
Georgia Bar No. 043473
Michael K. Chapman
Georgia Bar No. 322145
Kyle J. Vits
Georgia Bar No. 824781

*Counsel for Defendant,*
*Greystone Alliance, LLC*

2810 Peachtree Industrial Blvd.,
Suite D
Duluth, Georgia 30097
Telephone: 678.253.1871
Facsmile: 678.253.1873
jbedard@bedardlawgroup.com
mchapman@bedardlawgroup.com
kvits@bedardlawgroup.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

**DONALD FOXWORTH**

    **Plaintiff,**

**v.**

**GREYSTONE ALLIANCE, LLC,**

    **Defendant.**

**CIVIL ACTION
FILE NO. 1:11-cv-4299-CC-AJB**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served all parties of record with a copy of the foregoing **Notice of Oral Deposition of Plaintiff** by depositing a copy of same in the United States Mail, with first-class postage affixed thereto, properly addressed as follows:

> **Mr. Donald Foxworth
> 3841 Kensington Road
> Unit D29
> Decatur, Georgia 30032**
> *Plaintiff Pro Se*

This 5th day of July, 2012.

**BEDARD LAW GROUP, PC**

/s/ John H. Bedard, Jr.
John H. Bedard, Jr.
Georgia Bar No. 043473