IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD FOXWORTH<br><br>Plaintiff,<br><br>v.<br><br>GREYSTONE ALLIANCE, LLC,<br><br>Defendant. | CIVIL ACTION<br>FILE NO. 1:11-cv-4299-CC-AJB |

### STIPULATION OF DISMISSAL WITH PREJUDICE
### AS TO PLAINTIFF'S FDCPA CLAIMS

COME NOW, all parties of record that have made an appearance in this action and file this Stipulation of Dismissal with Prejudice by which all parties stipulate to the dismissal of **Plaintiff's Fair Debt Collection Practices Act claims** asserted in this action with prejudice pursuant to Rule 41(a)(1)(A)(ii), all parties to bear their own attorney fees and costs.

Respectfully submitted this 13th day of November, 2012.

[SIGNATURES ON FOLLOWING PAGE]

Prepared by and consented to by:

**BEDARD LAW GROUP, P.C.**

/s/ John H. Bedard, Jr.
John H. Bedard, Jr.
Georgia Bar No. 043473
2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Telephone:   678.253.1871
Facsimile:    678.253.1873
jbedard@bedardlawgroup.com
*Counsel for Defendant,*
*Greystone Alliance, LLC*

Plaintiff Pro Se

Donald Foxworth
3841 Kensington Road
Unit D29
Decatur, Georgia 30032